## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ash, Joseph
Ash, Joyce M
Printed: 10/22/08

Case Number:  07 B 04391
Judge:  Squires, John H
Filed:  3/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 10, 2008
Confirmed:  July 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,205.00 | |
| Secured: | | 10,471.03 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 733.97 |
| Other Funds: | | 0.00 |
| Totals: | 13,205.00 | 13,205.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 4. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 7. | United States Dept Hlth & Humn | Secured | 0.00 | 0.00 |
| 8. | Ford Motor Credit Corporation | Secured | 17,499.46 | 2,572.00 |
| 9. | Drive Financial Services | Secured | 8,956.05 | 1,877.49 |
| 10. | Americredit Financial Ser Inc | Secured | 21,674.90 | 4,545.33 |
| 11. | Countrywide Home Loans Inc. | Secured | 15,571.02 | 1,361.46 |
| 12. | Capital One | Secured | 1,249.63 | 114.75 |
| 13. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 14. | Providian | Unsecured | 305.15 | 0.00 |
| 15. | Capital One | Unsecured | 89.92 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 166.46 | 0.00 |
| 17. | Capital One | Unsecured | 59.30 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 33.35 | 0.00 |
| 19. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 20. | Jefferson Capital | Unsecured | 104.63 | 0.00 |
| 21. | Capital One | Unsecured | 91.98 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 47.37 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 293.77 | 0.00 |
| 24. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 25. | Verizon Wireless | Unsecured | 74.63 | 0.00 |
| 26. | Peoples Energy Corp | Unsecured | 156.04 | 0.00 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ash, Joseph

Ash, Joyce M

Printed: 10/22/08

Case Number:  07 B 04391

Judge:  Squires, John H

Filed:  3/13/07

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Jefferson Capital | Unsecured | 28.92 | 0.00 |
| 28. | Capital Recovery Systems | Unsecured | 44.93 | 0.00 |
| 29. | Capital One | Unsecured | 124.96 | 0.00 |
| 30. | Capital One | Unsecured | 162.51 | 0.00 |
| 31. | Portfolio Recovery Associates | Unsecured | 1,156.03 | 0.00 |
| 32. | American Collection Corp | Unsecured | | No Claim Filed |
| 33. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 34. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 35. | Kia Financial Services | Unsecured | | No Claim Filed |
| | | | $ 69,891.01 | $ 12,471.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 610.47 |
| 6.5% | 123.50 |
| | $ 733.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

